In the Matter of the Application of EDWARD A. HAYES, Appellant, for an Alternative Writ of Mandamus.

THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Hayes*, 56 App. Div. 20, affirmed.
(Submitted February 27, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1900, affirming an order of Special Term denying a motion for an alternative writ of mandamus directing the comptroller and the finance department of the city of New York to reinstate the relator in the position of assistant to expert accountants in said city.

*William L. Mathot* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.